UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jose Humberto Recinos

Defendant(s)

CRIMINAL NO. 08 CR 593 JAH

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07264298

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Fortunado Flores-Diaz

DATED: 3-4-08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082