UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE HUMBERTO RECINOS (1),<br>LUIS ENRIQUE SOLANO-VICTORIANO (2),<br>Defendants. | Criminal Case No. 08CR0593-JAH<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about February 17, 2008, within the Southern District of California, defendants JOSE HUMBERTO RECINOS and LUIS ENRIQUE SOLANO-VICTORIANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Guadalupe Jacobo-Delgado, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/4/08.

KAREN P. HEWITT
United States Attorney

for [signature]
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
2/20/08