UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Jose Humberto Recinos

Defendant(s)

CRIMINAL NO. 08 CR 593 JAH

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07264298

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the ~~following~~ named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Guadalupe Jacobo-Delgado

DATED: 3-4-08

2008 MAR -4 A 2:03

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082